UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
. Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. CV 04-4828 AHM (AJWx)                    Dated: July 9, 2004

Title: Mitsui Sumitomo Ins. Co., Ltd. v. United Traffic Services, Inc., et al.

===================================================================
DOCKET ENTRY
===================================================================

PRESENT: <u>THE HONORABLE A. HOWARD MATZ, JUDGE</u>

<u>Stephen Montes</u>                           <u>NONE</u>
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance

PROCEEDINGS:    In Chambers

Defendant UTXL, Inc. filed a Notice of Removal on July 1, 2004. UTXL states that it was served with the Complaint on May 26, 2004 and that "[r]emoval is timely in that no more than thirty days have elapsed since Defendant was served with the initial pleading." Notice of Removal, ¶¶ 2, 6. If Defendant was served on May 26, however, the thirty-day time period for removal would have expired on Friday, June 25, 2004. 28 U.S.C. § 1446(b).

The Court hereby ORDERS Defendant UTXL to show cause in writing, by not later than July 19, 2004, why this case should not be remanded to state court. Plaintiff may respond to UTXL's response, if it chooses to respond at all, by not later than July 29, 2004.

IT IS SO ORDERED.

MINUTES FORM 90
CIVIL - GEN



DOCKETED ON CM
JUL 9 2004
BY _____ 006

Initials of Deputy Clerk

1