Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 04-4828 AHM (AJWx) Dated: July 21, 2004

Title: Mitsui Sumitomo Ins. Co., Ltd. v. United Traffic Services, Inc., et al.

==========================================================================

DOCKET ENTRY

==========================================================================

PRESENT: THE HONORABLE A. HOWARD MATZ, JUDGE

Stephen Montes — Courtroom Clerk

NONE — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance

PROCEEDINGS: In Chambers

The Court has received Defendant UTXL, Inc.'s Response to its July 9, 2004 Order to Show Cause ("OSC"). For good cause shown, the Court hereby DISCHARGES the OSC.

IT IS SO ORDERED.

MINUTES FORM 90
CIVIL - GEN

Initials of Deputy Clerk SMO

DOCKETED ON CM
JUL 22 2004
BY 007

12