UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send       ✓
Enter      ___
Closed     ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

Case No. CV 04-4828 AHM (AJWx)                    Dated: July 27, 2004

Title: Mitsui Sumitomo Ins. Co., Ltd. v. United Traffic Services, Inc., et al.

=================================================================================

DOCKET ENTRY

=================================================================================

PRESENT: <u>THE HONORABLE A. HOWARD MATZ, JUDGE</u>

<u>Stephen Montes</u>                          <u>NONE</u>
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance

PROCEEDINGS:    In Chambers

On July 9, 2004 the Court issued an Order to Show Cause ("OSC") to Defendant UTLX, Inc. regarding the timeliness of removal. Plaintiff responded on July 19, 2004 and the Court discharged the OSC on July 21, 2004.

On July 26, 2004, Plaintiff filed a "Response to Court's Standing Order re Removal and Request to Remand" raising a new and different issue of timeliness than did the OSC. The Court will treat Plaintiff's filing as its brief and exhibits in support of a motion to remand. Defendant UTLX's Opposition brief shall be filed by not later than August 2, 2004; Plaintiff's Reply brief shall be filed by not later than August 9, 2004; and the Court will have a hearing on the matter at 10:00 a.m. on August 16, 2004.

IT IS SO ORDERED.

MINUTES FORM 90                    Initials of Deputy Clerk
CIVIL - GEN



DOCKETED ON CM

JUL 28 2004

BY _____ 007

1